UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES,<br><br>Plaintiff,<br><br>v.<br><br>HARVARD LAW REVIEW, HARVARD LAW SCHOOL, HARVARD UNIVERSITY, BETSY DEVOS, in her official capacity as U.S. Secretary of Education,<br><br>Defendants. | CIVIL ACTION NO. 18-12105-DPW |

ORDER OF RECUSAL
October 9, 2018

In accordance with 28 U.S.C. § 455(a), I hereby recuse myself from this proceeding. The Clerk is directed to return the case for reassignment.

*/s/ Douglas P. Woodlock*
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE