# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES<br><br>*Plaintiff*,<br><br>v.<br><br>HARVARD LAW REVIEW;  HARVARD LAW SCHOOL;  PRESIDENT AND FELLOWS OF HARVARD COLLEGE; and BETSY DeVOS, in her official capacity as U.S. Secretary of Education<br><br>*Defendants*. | Civil Action No. 1:18-cv-12105-LTS |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of Cristen C. Handley as counsel for defendant Betsy DeVos, in her official capacity as U.S. Secretary of Education, in this matter.  All future correspondence and other communications regarding this matter should be directed to Ms. Handley at the address and phone number below.

Dated: October 31, 2018              Respectfully submitted,

*/s/ Cristen C. Handley*
Cristen C. Handley (MO Bar 69114)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street NW
Washington, DC 20005
Tel.:  (202) 305-2677
Email:  cristen.handley@usdoj.gov

*Counsel for Defendant Secretary DeVos*

## CERTIFICATE OF SERVICE

I certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any.

Dated: October 31, 2018                                  Respectfully submitted,

                                                          */s/ Cristen C. Handley*
                                                          CRISTEN C. HANDLEY