UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:18-cv-12105-LTS

FACULTY, ALUMNI, and
STUDENTS OPPOSED TO RACIAL PREFERENCES, ET. AL.

*Plaintiffs*

v.

HARVARD LAW REVIEW ET. AL.
*Defendant*

### CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's Order (CM/ECF No. 64) dated August 8, 2019, allowing Defendants' motions to dismiss, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

September 13, 2019